IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SKYE ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 4:21-cv-292 |

**O R D E R**

The parties in this case filed a Stipulation of Dismissal With Prejudice. (Doc. 17.) Despite acknowledging that the parties' Stipulation had dismissed the case *with* prejudice, the Court, due to an inadvertent clerical error, stated in its Order closing the case that the case had been dismissed *without* prejudice. (Doc. 19.) Accordingly, the Court **DIRECTS** the Clerk of Court to **REOPEN** the case, **VACATES** the prior Order on the Stipulation of Dismissal, (id.), and hereby clarifies that the case has, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), been **DISMISSED WITH PREJUDICE**. The Clerk of Court is authorized and directed, after vacating the prior Order and docketing this Order, to **CLOSE** this case.

**SO ORDERED**, this 23rd day of June, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA